■ EUGENE WEISS, Appellant, v. LLOYD M. BAUMAN et al., Defendants, and ATLAS PLYWOOD CORPORATION, Respondent.— Order entered on June 3, 1960, granting defendant-respondent's motion, pursuant to subdivision 4 of rule 106 of the Rules of Civil Practice, to dismiss the complaint for insufficiency, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Steuer and Bastow, JJ.